# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

## TRANSMITTAL SHEET
(Notice of Appellate Action)

Date Notice filed:  10/07/2019

Style of Case:  Kenneth Eugene Barrett v. USA

Appellant:  Kenneth Eugene Barrett

District Court No:  6:09-cv-105-RAW

Tenth Circuit Case No:

☐ Amended NOA      ☐ Cross Appeal

☐ Interlocutory Appeal      ☐ Successive Petition (2254 or 2255) (no fee)

Notice of appeal, docket entries and district court order transmitted to all parties and to 10th Circuit Court of Appeals:

Judge:  Ronald A. White, U.S. District Judge

### **APPEAL  FILED  BY PRO  SE**

Appeal Fee Paid      ☐

IFP Granted      ☐

Motion for IFP on Appeal Form Mailed/Given      ☐

Motion for IFP on Appeal Filed      ☐

### **APPEAL  FILED  BY COUNSEL**

Appeal Fee Paid      ☐

IFP Granted      ☐

Motion for IFP on Appeal Form Made Available      ☐

Motion for IFP on Appeal Filed      ☐

Court Appointed Counsel (CJA/FPD)      ☑

USA      ☐

Signature of:  Jeanne Brown      Date:  10/08/2019      Phone: (918) 684-7920