# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

**United States of America**, Appellee,

v.

**Kenneth Eugene Barrett**, Appellant.

Case No. 19-7049

INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

United States of America
Party or Parties

Appellee       , in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☑ There are no such parties, or any such parties have heretofore been disclosed to the court.

Jeffrey B. Kahan
Name of Counsel

/s/*Jeffrey B. Kahan*
Signature of Counsel

1331 F Street, N.W.; 6th Fl.; Washington, DC 20530
202-305-8910
Mailing Address and Telephone Number

Jeffrey.Kahan@usdoj.gov
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on October 17, 2019, via ECF-e-mail to David B. Autry, Joan M. Fisher, Carrie Ward, and Heather E. Williams.

Signed: /S/*Jeffrey B. Kahan*

**A-5** Entry of Appearance Form 10/09

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

**United States of America**, Appellee,

v.

**Kenneth Eugene Barrett**, Appellant.

Case No. 19-7049

### Certificate of Interested Parties

_____

     The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

N/A

**A-5** Entry of Appearance Form 10/09