**IN THE UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**

UNITED STATES OF AMERICA,  )
  )
      Respondent/Appellee,  ) Case No. 19-7049
  ) E.D. Okl. No. CV-09-105-RAW
v.  ) (lower docket)
  ) E.D. Okl. No. CR-04-115-RAW
  ) (underlying criminal case)
KENNETH EUGENE BARRETT,  )
  )
      Petitioner/Appellant.  )

**MOTION TO CONTINUE REPRESENTATION IN CJA CASE**

The undersigned move for permission to continue their representation of

Mr. Barrett in his appeal to this Court.  As grounds for this motion, the

undersigned state as follows:

1.  The undersigned attorneys are not members of the Tenth Circuit

Appellate Panel.

2.  The undersigned attorneys were not previously members of the Tenth

Circuit Appellate Panel.

3.  The reasons the undersigned attorneys seek continuation of their

representation of Mr. Barrett on appeal, and the benefit to the appeal from their

continued representation, are that counsel from the Federal Defender's Office for

the Eastern District of California and lawyer David Autry have represented him in

these collateral proceedings under 28 U.S.C. §2255 since 2008; are already familiar with the facts and legal issues in this case due to their representation of Mr. Barrett in the district court and in a previous appeal in this Court, *United States v. Barrett,* 797 F.3d 1207 (10th Cir. 2015)(*Barrett II)*; and represented him at the evidentiary hearing on the claim of ineffective assistance of counsel in the penalty phase of his capital trial after this Court vacated his death sentence and ordered an evidentiary hearing.

4, This appeal challenges the district court's judgment that, although Mr. Barrett's trial lawyers' second-stage performance was deficient, he suffered no prejudice, even though the magistrate judge who conducted the evidentiary hearing and heard the evidence first-hand found both deficient performance and prejudice, and recommended that Mr. Barrett receive a new sentencing trial. There are other subsidiary issues which revolve around the evidentiary hearing and the district court's opinion and order reversing the magistrate judge and denying relief, such as the denial of the right to call certain witnesses and consider certain evidence at the evidentiary hearing, and the district judge's use of erroneous standards of review. Counsel are intimately familiar with the issues that are the subject of this appeal. The appeal will proceed more efficiently if counsel are permitted to continue their representation, without the necessity of new

counsel having to familiarize themselves with the voluminous (to say the least) record in this case and the legal issues involved in the appeal.

WHEREFORE, it is asked that this motion be granted.

Respectfully submitted,

/s/ David Autry
David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

/s/ Heather E. Williams
Heather E. Williams, CA Bar #122664
Federal Defender
Heather_Williams@fd.org

/s/ Joan M. Fisher
Joan M. Fisher, ID Bar #2854
Assistant Federal Defender
Joan_Fisher@fd.org

/s/ Carrie L. Ward
Carrie L. Ward, MO Bar #57581
carrie_ward@fd.org

Federal Defender's Office, E.D. California
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
(916) 498-6656 [fax]

Lawyers for Petitioner/Appellant,
Kenneth Eugene Barrett

**Certificate of Electronic Filing and Service**

This is to certify that on this 21st day of October, 2019, I caused the foregoing instrument to be filed with the Clerk of the United States Court of Appeals for the Tenth Circuit using the ECF System for filing. An electronic copy will be served via CM/ECF to Jeffrey B. Kahan, United States Department of Justice, jeffrey.kahan@usdoj.gov, Christopher J. Wilson, AUSA, Chris.Wilson@usdoj.gov, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ David Autry