## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

United States of America,
Appellee/Respondent,

v.

Kenneth Eugene Barrett,
Appellant/Petitioner.

Case No. 19-7049

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

Kenneth Eugene Barrett, Appellant/Petitioner

Party or Parties

, i n the subject case(s).

Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

☐  On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

X☐  There are no such parties, or any such parties have heretofore been disclosed to the court.

David Autry

Name of Counsel

/s/ David Autry

Signature of Counsel
1021 N.W. 16th Street
Oklahoma City, OK 73016
(405) 521-9600
Mailing Address and Telephone Number

E-Mail Address dbautry77@gmail.com

Heather E.Williams, Federal Defender, Joan M. Fisher, and Carrie L.Ward, Assistant Federal Defenders
Name of Counsel

/s/ Heather E. Williams, /s/ Joan M. Fisher, and /s/ Carrie L. Ward

Signature of Counsel
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-6666
Mailing Address and Telephone Number

E-Mail Address Heather_Williams@fd.org, Joan_Fisher@ fd.org, Carrie_Ward@fd.org

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) October 21, 2019 .            via (state method of service) CM/ECF

Jeffrey B. Kahan, U.S. Department of Justice, jeffrey.kahan@usdoj.gov
Christopher J. Wilson, Assistant U.S. Attorney, Chris.Wilson@usdoj.gov

to _____    /s/ David Autry _____
(*See* Fed. R. App. P. 25(b))                                      (Signature)

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

v.

Case No.

**Certificate of Interested Parties** (N/A)

_____

       The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

A-5  Entry of Appearance Form 10/09