FILED
United States Court of Appeals
Tenth Circuit

November 4, 2019

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

     Defendant - Appellant.

No. 19-7049
(D.C. No. 6:04-CR-00115-JHP-1)
(E.D. Okla.)

_____

## ORDER

_____

Before **MURPHY**, Circuit Judge.

_____

This matter is before the court *sua sponte* for case management purposes, and on the *Motion to Continue Representation in a CJA Case* filed by counsel for Appellant. Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §§ 3006A(c) and 3599(a)(2), David B. Autry and the Office of the Federal Public Defender for the Eastern District of California ("FPD") are appointed as counsel of record for Appellant, Kenneth Eugene Barrett.

Within 28 days of the date of this order, Appellant's counsel shall submit a CJA budget proposal and supporting memorandum describing the total number of hours and total expenses that are reasonably necessary to the representation. Counsel should be guided in this effort by 18 U.S.C. §§ 3599, 3005, and 3006A; Chapters 2 and 6 of

Volume 7, Part A, of the Guide to Judiciary Policy; and the Court's Advice to CJA 30 Counsel letter (accessible through the court's website).

Because Appellant is represented by both a CJA attorney and the FPD, the budget proposal will include only hours and expenses that will be associated with the work of the CJA attorney. Because the reasonableness of the CJA attorney's proposed budget is dependent on the level of contribution of the FPD, Mr. Autry and the FPD must dedicate time to settling these representation issues in advance of submitting the budget proposal to the court. The budget proposal must address in detail the division of labor, and affirm that both Mr. Autry and the FPD are in agreement as to that division of labor.

Effective April 2015, CJA counsel in capital habeas appeals must submit their proposed budget and supporting memorandum to the Tenth Circuit's CJA Case Budgeting Attorney, Cari Waters, no later than 14 days before the deadline for submitting the budget to the court via CM/ECF. CJA counsel shall submit their proposed budget and supporting memorandum to Ms. Waters via email to Cari_Waters@ca10.uscourts.gov. Upon review of the proposed budget and supporting memorandum, Ms. Waters will contact CJA counsel to discuss any recommended modifications to the budget prior to its formal submission to the court. CJA counsel may decide whether to incorporate such modifications into the proposed budget, and the authority to approve the proposed budget lies solely with the court. CJA counsel remain obligated to formally electronically file the proposed budget and supporting memorandum with the court by the aforementioned deadline. Should counsel need assistance with *ex parte* electronic filing of the proposed

budget and supporting memorandum, they may contact the Clerk's Office Calendar Team.

Merits briefing in this matter will proceed only as to the issue that the district court certified for appeal. The briefing parameters set forth in the Federal Rules of Appellate Procedure shall apply. Appellant's opening brief shall be filed and served within 40 days of the date the record on appeal is docketed.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk