# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker | | Chris Wolpert |
|---|---|---|
| Clerk of Court | November 04, 2019 | Chief Deputy Clerk |

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106-0000

Ms. Joan M. Fisher
Carrie Ward
Ms. Heather E. Williams
Office of the Federal Public Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

**RE:** **19-7049, United States v. Barrett**
Dist/Ag docket: 6:04-CR-00115-JHP-1, 6:09-CV-00105-RAW

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Jeffrey Bradford Kahan
Sheldon J. Sperling
Christopher Wilson

EAS/pdw