

PATRICK KEANEY
U.S. COURT CLERK

TELEPHONE
(918) 684-7920

# United States District Court
Eastern District of Oklahoma
P.O. Box 607
Muskogee, Oklahoma 74402

November 15, 2019

Clerk, U.S. Court of Appeals
For the Tenth Circuit

**RECORD ON APPEAL**

District Court Case:   6:09-cv-105-RAW

Circuit Appeal No.   19-7049

     The Record on Appeal is being transmitted via e-mail this date.  The following sets out the contents of each volume.

     Volume 1:    Pleadings 1, 2, 3, 70 and 71

     Volume 2:    Pleadings 72, 95, 149, 178, 199, 200, 201, 206, 207, 208, 209, 210, 214, 216 and 217

     Volume 3:    Pleadings 220, 221, 222, 230, 231, 232, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 266, 268, 269, 271, 272, 275, 276, 277, 278, 279, 280, 281, 283, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338, 339, 340, 342, 343, 344, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361, 362, 363, 366, 367, 368, 369, 370, 371, 373, 374, 375, 376, 378, 380, 381, 382, 383, 384, 385, 386, 387, 388, 389, 390, 391, 394, 398 and 399

     Volume 4:    Pleadings 401, 402, 403, 405, 406, 407, 409, 410, 411, 412, 413, 415, 419, 420, 421, 422, 425, 427, 428, 429, 430, 433, 434, 435, 436, 437, 439, 440, 441, 442, 443, 444, 445, 446, 447, 448, 450, 451, 453, 454, 455, 456, 457,

459, 460, 461, 462, 463, 464, 465, 466, 467, 468, 469, 470, 471, 472, 474, 475, 476, 477, 478, 479, 480, 481, 482, 483, 484, 485 and 486

Volume 5        Pleadings 486, 488 and 489

Volume 6        Sealed Pleadings # 8, 9, 10, 11, 12, 13 and 14;

Volume 7        Sealed Pleadings #15, 16, 17, 18, 19, 20, 21, 22, 23, 24 and 25

Volume 8        Sealed Pleadings # 26, 27, 28 and 29

Volume 9        Sealed Pleadings 30, 31, 32, 33, 34, 35, 36, 37, 38, 39 and 40

Volume 10       Sealed Pleadings 41, 42 and 43, 175, 321, 347, 372, 423, 432, Presentence Report and Statement of Reasons

Volume 11       Criminal Docket and Judgment from 04-cr-115-RAW

Three boxes of Exhibits from Evidentiary Hearing sent certified mail to the 10th Circuit

        Box 1 -  Petitioner's Exhibit Binders 1 and 2 (Exhibits 1 through 51)
        Box 2 – Petitioner's Exhibit Binders 3 and 4 (Exhibits 52-107)
        Box 3 – Government's Exhibit Binders – (3 binders –(1) Exhibits 1-66;
                (2) Exhibit 52;  (3) Exhibits 67 and 68)

Thank you very much.

                          Sincerely,

                          PATRICK KEANEY, Clerk

                          /s/ J. Brown
                          Deputy Clerk

PK/jcb
Enc.