**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff-Appellee, | No. 19-7049 |
| | (D.C. No. 6:04-00115-RAW/ |
| v. | 6:09-cv-00105-RAW) |
| KENNETH EUGENE BARRETT | |
| Defendant-Appellant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S OPENING BRIEF**

Defendant/Appellant, Kenneth Eugene Barrett, through counsel, hereby moves this Court for an extension of time of thirty (30) days to file his opening brief. In support of this motion, Defendant shows the following:

1. Mr. Barrett's opening brief is currently due to be filed January 13, 2020. No previous extensions have been requested in this case.

2. Despite the exercise of due diligence, and giving first priority to the brief, counsel will not be able to complete the brief for filing by January 13, 2020.

3. Three counsel are currently representing Mr. Barrett, David Autry, Attorney at Law, Oklahoma City, Joan M. Fisher, Assistant Federal Defender of the Eastern District of California and Carrie W. Ward, Assistant Federal Defender of the Eastern District of California. Mr. Autry and Ms. Fisher represented Mr.

1

Barrett at the evidentiary hearing below, Mr. Autry having been appointed in the post-conviction proceedings on appeal herein in 2008 and Ms. Fisher assigned to the same in 2009. Ms. Ward was assigned in 2018, replacing two other assigned Assistant Federal Defenders. Counsel have conferred and divided the labor required in Mr. Barrett's representation equally among themselves. Each has specific identifiable portions of the briefing and representation of Mr. Barrett in this appellate proceeding. Each has exercised due diligence and attended to the briefing as fully and completely as his/her schedule would allow. For that reason, the schedules and other matters demanding each counsel's attention and making the completion and filing of the opening brief impossible are set forth below.

4. Among other matters, over the last month and a half, counsel David Autry has devoted extensive time to the following:

a. *State v. Robert Aaron Rodgers*, Grady County Case No. CM-18-81 (Jury trial, 1/6/20);

b. *Oklahoma Bar Association v. Michael Vincent Martin* (Hearing before the Board of Bar Examiners on fitness to be admitted to the Bar, 1/10/20);

c. *State v. Barry Benedict*, Oklahoma County Case No. CF-19-2537 (rape preliminary hearing, 1/10/20);

d. *United States v. Dwayne Edward Rasmussen*, WD Okl. No. CR-19-160-C (jury trial, 1/14/20). Counsel is confident this is a date certain, it is a

retrial following a hung jury that occurred in late November; 4 counts of bank robbery;

e.     *United States v. Eagle Frank Soldier Lewis*, WD Okl. No. CR 19-144-D (jury trial, 1/14/20).  The jury will be selected on January 14 and the trial will take place later in January after conclusion of the aforementioned robbery trial.  General allegations of lewd molestation on Indian Land.

5.  Among other matters, over the last month and a half, counsel Carrie L. Ward has devoted extensive time to the following:

a.     Out of state travel from November 30 (for a funeral) combined with active duty orders from December 2 through December 12 for the United States Army drill in Washington, D.C.;

b.     On December 13, Ms. Ward was diagnosed with bronchitis/pneumonia and shingles.  The condition was contagious until the blisters cleared and she was thus absent from the office for extensive time since that date.  Ms. Ward returned to the office on January 2, following a preplanned leave of December 23 through December 31 during which she was ill though worked as much as her health permitted;

c.     Ms. Ward also devoted significant time to the following cases:

> i. *Riel v. Warden,* No. Civ-s 01-0507 LKK JFM P (EDCA). Ms. Ward worked extensively on discovery and preparation for an evidentiary hearing scheduled for March 2020.  Due to the unanticipated departure from the office and withdrawal from Mr.

Riel's case of lead counsel, Ms. Ward's engagement in the case substantially increased in November/December 2019.  Presently, counsel are preparing for multiple out of state testimonial depositions and pending opposing counsel's production of expert witnesses and reports.  The evidentiary hearing, previously scheduled for March 2020 was vacated on November 12, 2019 and pending status conference re: the above cited matters for April 24, 2020;

ii. *Tobin v. Warden*, Case 1:18-cv-01375-LJO-SAB (EDCA).  Due to change in personnel, Ms. Ward is transitioning into the role of lead counsel.  The federal habeas petition was filed on September 26, 2019.  The case has parallel matters pending litigation of newly enacted law in California Superior Court, for which Ms. Ward was solely responsible for the research of the issues and drafted the state petition, which is not yet filed.

6.  Among other matters, over the last month and a half, counsel Joan M. Fisher has devoted extensive time to the following:

a.     *United States v. Barrett,* D.C. No. 6:04-00115-RAW, research, drafting and filing the authorized successive Section 2255 Motion to Vacate or Modify Judgment of Conviction and Sentence under *United States v. Davis.  See In re Barrett,* Case No. 16-7039, Order, Doc No. 010110267830 (10th Cir. Nov. 29, 2019).  Counsel Autry and Ward also contributed to the final draft filed;

b.     *Lewis v. Davis,* No. 19-99001 (9th Cir.): Opening Brief due no later than February 28, 2020, an extension of time for filing the brief previously granted.

7. Counsel Joan M. Fisher has communicated with opposing counsel, Jeffrey Kahan, who advises the government has no objection to this request.

8. Defendant/Appellant is currently incarcerated at the Special Housing Unit, Terre Haute United States Penitentiary in Terre Haute, Indiana.

**WHEREFORE,** good cause being shown, Defendant/Appellant respectfully requests an extension of thirty days from January 13, 2020, within which to file his opening brief, making it due February 12, 2020.

**DATED** this 3rd day of January, 2020.

*/s/ Joan M. Fisher*
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender

*/s/ Carrie L. Ward*
**CARRIE L. WARD**, MO Bar #57581
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail: Joan_Fisher@fd.org
Carrie_Ward@fd.org

*/s/ David Autry*
**DAVID AUTRY**, OBA Bar #11600
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
E-mail: dbautry77@gmail.com

# CERTIFICATE OF ELECTRONIC FILING AND SERVICE

On this 3rd day of January, 2020, I caused the foregoing Unopposed Motion for Extension of Time to File Brief to be filed with the Clerk of the Court using the ECF System for filing, with electronic service via CM/ECF to be made to Christopher J. Wilson, AUSA, Chris.Wilson@usdoj.gov, and Jeffrey B. Kahan, U.S. Department of Justice, Jeffrey.kahan@usdoj.gov, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/ Joan M. Fisher*
JOAN M. FISHER

## ADDITIONAL CERTIFICATIONS

I hereby certify as follows,

1. All required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5), Tenth Circuit Rule 25.5, Fed. R. Civ. P. 5.2; Fed. R. Crim. P. 49.1; Fed. R. Bankr. P. 9037;

2. No hard copies of this pleading are required to be submitted to the clerk's office;

3. This ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program, McAfee Endpoint Security, updated January 3, 2020, and, according to the program, is free of viruses.

4. The text of this motion is a total of 895 words.

**DATED** this 3rd day of January, 2020.

*/s/ Joan M. Fisher*
JOAN M. FISHER