**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 6, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 19-7049

_____

**ORDER**
_____

This matter is before the court on the appellant's motion for extension of time to file the opening brief in this appeal. The motion is granted. The appellant's opening brief shall be filed and served on or before February 12, 2020. No further extensions will be granted on the Clerk's authority.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk