**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 06, 2020

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106-0000

Ms. Joan M. Fisher
Carrie Ward
Ms. Heather E. Williams
Office of the Federal Public Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

**RE:    19-7049, United States v. Barrett**
        Dist/Ag docket: 6:04-CR-00115-JHP-1, 6:09-CV-00105-RAW

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                                    Sincerely,

                                    Christopher M. Wolpert
                                    Clerk of the Court

cc:     Jeffrey Bradford Kahan
        Sheldon J. Sperling
        Christopher Wilson

CMW/pdw