**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellee, | No. 19-7049<br>(D.C. No. 6:04-00115-RAW/<br>6:09-cv-00105-RAW) |
| v. | |
| KENNETH EUGENE BARRETT | |
| Defendant-Appellant, | |

**UNOPPOSED (SECOND) MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S OPENING BRIEF**

Defendant/Appellant, Kenneth Eugene Barrett, through counsel, hereby moves this Court for an extension of time of thirty (30) days to file his opening brief. In support of this motion, Defendant shows the following:

1. Mr. Barrett's opening brief is currently due to be filed February 12, 2020. One previous extension was requested and granted in this case.

2. Despite the exercise of due diligence, and giving first priority to the brief, counsel will not be able to complete the brief for filing by February 12, 2020.

3. Three counsel are currently representing Mr. Barrett, David Autry, Attorney at Law, Oklahoma City, Joan M. Fisher, Assistant Federal Defender of the Eastern District of California and Carrie W. Ward, Assistant Federal Defender of the Eastern District of California. Mr. Autry and Ms. Fisher represented Mr.

Barrett at the evidentiary hearing below, Mr. Autry having been appointed in the post-conviction proceedings on appeal herein in 2008 and Ms. Fisher assigned to the same in 2009. Ms. Ward was assigned in 2018, replacing two other assigned Assistant Federal Defenders. Counsel have conferred and divided the labor required in Mr. Barrett's representation equally among themselves. Each has specific identifiable portions of the briefing and representation of Mr. Barrett in this appellate proceeding. Each has exercised due diligence and attended to the briefing as fully and completely as his/her schedule would allow. For that reason, the schedules and other matters demanding each counsel's attention and making the completion and filing of the opening brief impossible are set forth below.

4. Among other matters, over the last month, counsel, David Autry has devoted extensive time to the following:

a. A jury trial from January 14-23, 2020 in the United States District Court for the Western District of Oklahoma involving a four count indictment for bank robbery. *United States v. Dwayne Edward Rasmussen*, No. CR 19-160-C.

b. A jury trial from January 27-28, 2020 in the United States District Court for the Western District of Oklahoma involving a one count indictment for sexual abuse of a child under 12 in Indian Country. *United States v. Eagle Soldier Frank Lewis*, No. CR 19-144-D.

c. Preparation for a motion hearing to be held on February 5, 2020 in the District Court of Oklahoma County in a second-degree murder case. *State of Oklahoma v. Abayomi Montsho Reid*, No. CF-2018-677.

d. In addition, counsel is preparing for trial in the *Reid* case, which is scheduled to begin February 25, 2020.

5. Among other matters, over the last month and a half, counsel Carrie L. Ward has devoted extensive time to the following:

a. *Riel v. Warden*, No. Civ-s 01-0507 LKK JFM P (EDCA). Ms. Ward worked extensively on discovery and preparation for an evidentiary hearing scheduled for March 2020. Due to the unanticipated departure from the office and withdrawal from Mr. Riel's case of lead counsel, Ms. Ward's engagement in the case substantially increased in November/December 2019. Presently, counsel are preparing for multiple out of state testimonial depositions and pending opposing counsel's production of expert witnesses and reports. During the course of review, additional matters for litigation were identified and Ms. Ward has briefed the same in anticipation of the upcoming hearing. The evidentiary hearing, previously scheduled for March 2020 was vacated on November 12, 2019 and the pending status conference re: the above cited matters for April 24, 2020.

b. *Tobin v. Warden*, Case 1:18-cv-01375-LJO-SAB (EDCA). The federal habeas petition was filed on September 26, 2019. The case has parallel matters pending litigation of newly enacted law in California Superior Court, for which Ms. Ward was solely responsible for the research of the issues, changes in legislation, and drafted the state petition, which is not yet filed, due to personnel transitions.

6. Among other matters, over the last month and a half, counsel Joan M. Fisher has devoted extensive time to the following:

a. *United States v. Barrett*, D.C. No. 6:04-00115-RAW, research and draft of the Petitioner's Reply to the Government's Answer to the authorized successive Section 2255 Motion to Vacate or Modify Judgment of Conviction and Sentence under *United States v. Davis*. *See In re Barrett*, Case No. 16-7039, Order, Doc No. 010110267830 (10th Cir. Nov. 29, 2019). Counsel Autry and Ward also contributed to the final draft filed.

b. *Lewis v. Davis*, No. 19-99001 (9th Cir.): Opening Brief due in the Ninth Circuit Court of Appeals no later than February 28, 2020. An extension of time for filing the brief has been previously granted.

7. On February 4, 2020, Counsel Joan M. Fisher communicated by phone with counsel for the government, Jeffry Kahan, who advised her this date that the government does not object to this request.

4

8. Defendant/Appellant is currently incarcerated at the Special Housing Unit, Terre Haute United States Penitentiary in Terre Haute, Indiana.

**WHEREFORE,** good cause being shown, Defendant/Appellant respectfully requests an extension of thirty days from January 13, 2020, within which to file his opening brief.

**DATED** this 5th date of February, 2020.

*/s/ Joan M. Fisher*
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail:     Joan_Fisher@fd.org


*/s/ Carrie L. Ward,*
**CARRIE L. WARD**, MO Bar #57581
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail:     carrie_ward@fd.org

*/s/ David Autry*
**DAVID AUTRY**, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
E-mail:     dbautry77@gmail.com

# CERTIFICATE OF ELECTRONIC FILING AND SERVICE

On this 5th day of February, 2020, I caused the foregoing Unopposed (Second) Motion for Extension of Time to File Appellant's Opening Brief to be filed with the Clerk of the Court using the ECF System for filing, with electronic service via CM/ECF to be made to Christopher J. Wilson, AUSA, Chris.Wilson@usdoj.gov, Jeffrey B. Kahan, U.S. Department of Justice, Jeffrey.kahan@usdoj.gov, Linda Epperley, U.S. Department of Justice, Linda.Epperley@usdoj.gov, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/ Joan M. Fisher*
JOAN M. FISHER

# ADDITIONAL CERTIFICATIONS

I hereby certify as follows,

1.  All required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5), Tenth Circuit Rule 25.5, Fed. R. Civ. P. 5.2; Fed. R. Crim. P. 49.1; Fed. R. Bankr. P. 9037;

2.  No hard copies of this pleading are required to be submitted to the clerk's office;

3. This ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program, McAfee Endpoint Security, updated February 5, 2020, and, according to the program, is free of viruses.

4. The text of this motion is a total of 821 words.

**DATED** this 5th day of February, 2020.

*/s/ Joan M. Fisher*
JOAN M. FISHER