**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**February 5, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 19-7049

_____

**ORDER**
_____

This matter is before the court of *Appellant's Unopposed (Second) Motion for Extension of Time to File Appellant's Opening Brief.* At the direction of the court, the motion is granted. Appellant shall file and serve his opening brief on or before March 13, 2020.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk