# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

No. 19-7049

# UNITED STATES v. BARRETT.

# UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME IN WHICH TO FILE APPELLEE'S BRIEF

The United States of America, by and through undersigned counsel, hereby moves this Court for an unopposed thirty-day extension of time, to and including May 13, 2020, in which to file its Appellee's Brief. This Motion is made for good cause as set forth the in the attached Declaration of Jeffrey B. Kahan.

Dated: April 6, 2020.

Respectfully submitted,

BRIAN J. KUESTER
United States Attorney,
Eastern District of Oklahoma

*S/Jeffrey B. Kahan*
JEFFREY B. KAHAN
Trial Attorney, Capital Case Section
U.S. Dept. of Justice
1331 F. Street, NW; 6th Fl.
Washington, D.C. 20530
(202) 305-8910
(202) 353-9779 fax

# CERTIFICATE OF ECF FILING AND DELIVERY

I hereby certify that on April 6, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. A Notice of Electronic Filing will be sent via the Court's ECF system to the following counsel of record for the Petitioner/Appellant:

- Mr. David B. Autry dbautry44@hotmail.com
- Ms. Joan M. Fisher Joan_Fisher@fd.org
- Carrie Ward
- Ms. Heather E. Williams

I hereby certify that I caused a true and correct copy of the foregoing document to be mailed via the United States Postal Service on April 6, 2020, to the following:

- Not Applicable as Defendant Has Counsel

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN

# ADDITIONAL CERTIFICATIONS

I hereby certify as follows:

1. All required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5), Fed. R. Civ. P. 5.2; Fed. R. Crim. P. 49.1; Fed. R. Bankr. P. 9037;
2. No hard copies of this pleading are required to be submitted to the clerk's office;
3. This ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program, McAfee Virus Scan, updated April 6, 2020, and, according to the program, is free of viruses.
4. The Motion (126 words) and the attached Declaration (428 words) total 554 words and comply with the limitations set forth in Federal Rules of Appellate Procedure, Rule 27(d)(2)(A).

Dated: this 6th day of April 2020:
*S/ Jeffrey B. Kahan*

JEFFREY B. KAHAN