**DECLARATION OF JEFFREY B. KAHAN RE: MOTION FOR EXTENSION OF TIME IN *UNITED STATES V. BARRETT***

I, JEFFREY B. KAHAN, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am an attorney at law duly licensed to practice before this Court and the courts of the State of Maryland and the Commonwealth of Pennsylvania. I am the Deputy Chief in the Capital Case Section of the Department of Justice and am currently assigned to prepare the Appellee's Brief in the case of *United States v. Barrett* (Tenth Circuit case no. 19-7049).

The Appellee's Brief is due April 13, 2020. Recognizing that the Court generally disfavors requests of this nature (Tenth Cir. R. 27.6), I respectfully request a 30-day extension of time, to and including May 13, 2020, in which to prepare, serve and file the brief. This Court has not previously granted the government any extension of time in this matter. I contacted Appellant's counsel, Joan Fisher, by e-mail, and she did not object to my request.

Appellant is awaiting execution for intentionally killing an Oklahoma state trooper during a drug trafficking crime (21 U.S.C. § 848(e)(1)(B)) and serving two life sentences for firearm murder (18 U.S.C. § 924(e)) at the U.S. Penitentiary in Terre Haute, Indiana.

The appeal arises from the denial of collateral relief under 28 U.S.C. § 2255 following a seven-day evidentiary hearing (transcribed into a 1366-page record)

and a 27-day jury trial (transcribed into a 5,458-page record). Appellant's Record on Appeal is 11 volumes and 12,334 pages long. Appellant's brief is 54 pages long and presents one claim, subdivided into seven sub-claims.

Apart from my assignment to this case, I supervise eight attorneys and two administrative staff at the Capital Case Section ("CCS"), where I am responsible for overseeing the day-to-day operation of the Department of Justice's Death Penalty Protocol (J.M. §§ 9-10.010—9-10.200). In my position, I review all Protocol memoranda and many of the pleadings drafted by CCS attorneys. At present, 57 cases are undergoing Protocol review, and CCS attorneys are supporting U.S. Attorneys in 22 capital cases.

I have begun drafting the Appellee's Brief. However, the allotted time has proven insufficient in view of the volume of the record and complexity of the issues. For the foregoing reasons, I respectfully request that this Court permit the government to extend the deadline for Appellee's brief to May 13, 2020.

Executed at Olney, Maryland, April 6, 2020:

*S/ Jeffrey B. Kahan*
JEFFREY B. KAHAN
Deputy Chief, Capital Case Section