| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellee, | No. 19-7049 |
| | (D.C. No. 6:04-00115-RAW/ |
| v. | 6:09-cv-00105-RAW) |
| KENNETH EUGENE BARRETT | |
| Defendant-Appellant, | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**APPELLANT'S REPLY BRIEF**

Defendant/Appellant, Kenneth Eugene Barrett, through counsel, pursuant to the Federal Rules of Appellate Procedure Tenth Circuit Rule 27(E)(2), hereby moves this Court for an extension of time of TWENTY-ONE days to file his brief in reply to Respondent's Answering Brief ["RAB"] (filed May 13, 2020) (Doc No. 10110347123), from the current due date of June 3, 2020, to on or before June 24, 2020.

In support of this motion, Mr. Barrett shows the following as good cause:

1. Mr. Barrett's reply brief is currently due to be filed June 3, 2020. No previous extension has been requested in this case.

2. Despite the exercise of due diligence and giving priority to the reply brief discussed herein, "in light of the gravity of the issues and the size and the

1

complexity of the record here," RAB, p.57, counsel will not be able to complete the reply brief for filing by June 3, 2020.

3. The primary reason for the requested extensions rests on the substance of the Government's Answering Brief and the necessity of the careful scrutiny of the extensive record relied upon by the government in its Answering Brief. See Doc 010110346638 (the complete Trial Record of the underlying criminal case 6:04-C-00115). The government's Answering Brief raises three issues not addressed or, at best, minimally addressed in Appellant's Opening Brief, including the scope of the COA granted and the breadth of relief available under the remand. The arguments of the government demand a comprehensive reply that can only be made after extensive record review and comparison in both the underlying criminal case and the §2255 Motion now on appeal.

The government's answering brief relies extensively on an aggressive and evidentially suspect recitation of the facts asserted by the government but not wholly supported by either the record or verdict in the underlying criminal matter. Nor does it account for significant credible evidence presented in the matter on appeal here that, as noted by the magistrate judge, undermines the government's theory now argued on appeal.

4. Three counsel are currently representing Mr. Barrett, David Autry, Attorney at Law, Oklahoma City, Joan M. Fisher, Assistant Federal Defender of

the Eastern District of California and Carrie L. Ward, Assistant Federal Defender of the Eastern District of California. Mr. Autry and Ms. Fisher represented Mr. Barrett at the evidentiary hearing below, Mr. Autry having been appointed in the post-conviction proceedings on appeal herein in 2008 and Ms. Fisher assigned to the same in 2009. Ms. Ward was assigned in 2018, replacing two other assigned Assistant Federal Defenders. Counsel have conferred and divided the labor required in Mr. Barrett's representation equally among themselves. Each has specific identifiable portions of the briefing and representation of Mr. Barrett in this appellate proceeding. Each has exercised due diligence and attended to the briefing as fully and completely as his/her schedule allows, giving priority to the matter to the extent possible. Only Mr. Autry's schedule itself has contributed significantly to the impossibility of completing his portion of the brief by the aforementioned date and is therefore set out below. Counsel Fisher and Ward have each expended the vast majority of their time to the research, record review, preparation including consultation, drafting and editing their portion of the brief thus far.

All three counsel are jointly and individually charged with and engaged in the final drafting, editing and filing of the Reply Brief.

In the time remaining as well as that contemplated in the final drafting, consultation, editing and completion of the reply brief counsel anticipate giving the

reply brief their nearly exclusive attention from here until filing.  It is counsel's professional opinion that it is impossible to file a constitutionally adequate reply to the Government's Answering Brief by the date now set and an extension of time of twenty-one days is necessary to accomplish that task.

5.  Among other matters, over the last month, counsel, David Autry has devoted extensive time to the following:

a.      *United States v. Jesse M. Yarclay*, No. 19-6174, opening brief filed in 10th Circuit on 5/22/20;

b.      *State v. Cory Phillip*s, Oklahoma County Case. No. CF-18-4113 (assault and battery with a dangerous weapon) pretrial conference 5/27/20;

c.      *State v. Miguel Cardoso*, Jackson County Case No. CRF-93–43 (first degree murder, motion hearing);

d.      *US v. Isaiah W. Redbird*, WD Okl. CR 19-347-F (first degree murder, motion hearing).

Mr. Autry's schedule could not be avoided due to the backlog created by the COVID-19 pandemic and the impact of the same on the courts.

As lead counsel, Mr. Autry's responsibility in the drafting of the substantive reply to the government's response to Mr. Barrett's Opening Brief, requires review of the factual allegations, record verification, and approving final drafts related

thereto, and subsequently addressing legal and factual misunderstandings or erroneous conclusions.

It is Mr. Autry's opinion that, due to the government's argument and cited authority, as well as the newly raised matters which we are now compelled to address during the relevant briefing period, the extension of time requested is essential to the constitutionally adequate representation of Mr. Barrett in this appeal.

6. Among other matters, since the filing of the government's answering brief, counsel Carrie L. Ward has devoted extensive time to the following:

a. Since the filing of the government's brief on May 13, 2020, Ms. Ward has worked almost exclusively on the review and comparison of the version of events the government sets out at great length in its Answering Brief, See RAB, pp. 3-19. Her review thus far makes more evident the necessity of a scrupulous review of the government's record citations and factual averments.

b. *Riel v. Warden*, No. Civ-s 01-0507 LKK JFM P (EDCA).

Notwithstanding the priority Ms. Ward has given to this reply, Ms. Ward has necessarily had to attend to some extent on discovery and preparation for a pending motion's hearing and status conference related to scheduling of an evidentiary hearing, currently set for June 19, 2020.

It is Ms. Ward's professional opinion that she cannot adequately complete that review and draft an adequate response to the government's assertions without the extension of time requested here.

7. Since the filing of the government's answering brief, Counsel Joan M. Fisher has devoted her time as follows:

a.      Research on the issues relating to the COA granted in this case as it applies to the government's argument in its Answering Brief. See RAB, pp. 19, 20, 22, 24-25.

b.      Research on the issues relating to the legal availability and appropriate remedy requested by Mr. Barrett as it applies to the government's argument in opposition thereto in its Answering Brief. See RAB, pp. 54-56.

c.      Since the filing of the government's Answering Brief, Ms. Fisher has spent approximately 4-5 days as a member of a hiring committee to interview and recommend for hiring two qualified Assistant Paralegals to assist the single Assistant Paralegal currently serving the entire staff of the Capital Habeas Unit in the Federal Defenders Office of the Eastern District of California.

It is Ms. Fisher's professional opinion that she cannot adequately complete that review and draft an adequate response to the government's assertions without the extension of time requested here.

8.  On May 26, Counsel Joan M. Fisher communicated by email with counsel for the government, Jeffrey Kahan, who advised her this date that the government does not object to this request.

9.  Defendant/Appellant is currently incarcerated at the Special Housing Unit, Terre Haute United States Penitentiary in Terre Haute, Indiana.

**WHEREFORE,** good cause being shown, Defendant/Appellant respectfully requests an extension of twenty-one (21) days from June 3, 2020, within which to file his reply brief, making the Reply Brief due no later than June 24, 2020.

//
//
//
//
//
//
//
//
//
//
//

**DATED** this 27th date of May, 2020.

*/s/ Joan M. Fisher*
**JOAN M. FISHER**, ID Bar #2854
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail: Joan_Fisher@fd.org

*/s/ Carrie L. Ward,*
**CARRIE L. WARD**, MO Bar #57581
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail: carrie_ward@fd.org

*/s/ David Autry*
**DAVID AUTRY**, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
E-mail: dbautry77@gmail.com

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

On this 27th day of May, 2020, I caused the foregoing Unopposed Motion for Extension of Time to File Appellant's Opening Brief to be filed with the Clerk of the Court using the ECF System for filing, with electronic service via CM/ECF to be made to Christopher J. Wilson, AUSA, Chris.Wilson@usdoj.gov, Jeffrey B. Kahan, U.S. Department of Justice, Jeffrey.kahan@usdoj.gov, Linda Epperley, U.S. Department of Justice,  Linda.Epperley@usdoj.gov, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/ Joan M. Fisher*
JOAN M. FISHER

## ADDITIONAL CERTIFICATIONS

I hereby certify as follows,

1.  All required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5), Tenth Circuit Rule 25.5, Fed. R. Civ. P. 5.2; Fed. R. Crim. P. 49.1; Fed. R. Bankr. P. 9037;

2.  No hard copies of this pleading are required to be submitted to the clerk's office;

3. This ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program, McAfee Endpoint Security, updated May 27, 2020, and, according to the program, is free of viruses;

4. The text of this motion is a total of 1,630 words.

**DATED** this 27th day of May, 2020.

*/s/ Joan M. Fisher*
JOAN M. FISHER