**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 28, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 19-7049
(D.C. Nos. 6:04-CR-00115-JHP-1
6:09-CV-00105-RAW)
(E.D. Okla.)

_____

**ORDER**
_____

This matter is before the court on appellant's motion for extension of time to file the reply brief in this appeal. At the direction of the panel assigned to hear this appeal, the motion is granted. Appellant's reply brief shall be filed and served on or before June 24, 2020.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk