**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

May 28, 2020

Jane K. Castro
Chief Deputy Clerk

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106-0000

Ms. Joan M. Fisher
Carrie Ward
Ms. Heather E. Williams
Office of the Federal Public Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

**RE:** **19-7049, United States v. Barrett**
Dist/Ag docket: 6:04-CR-00115-JHP-1, 6:09-CV-00105-RAW

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc: Jeffrey Bradford Kahan
Sheldon J. Sperling
Christopher Wilson

CMW/pdw