**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 8, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 19-7049
(D.C. No. 6:04-CR-00115-JHP-1)
(E.D. Okla.)

_____

## ORDER
_____

This matter is before the court *sua sponte*. Appellant's opening brief cites to the district court docket rather than to the record on appeal. This court's rules require citations to the record on appeal. *See* 10th Cir. R. 28.1(A) and (A)(2); *see also* 10th Cir. R. 10.1 (explaining the form of the record in Tenth Circuit appeals).

Within 10 days of the date of this order Appellant shall file a corrected opening brief with citations to the record on appeal filed December 4, 2019 and the supplemental record filed May 12, 2020. In addition, seven paper copies of the corrected opening brief must be received in the Clerk's Office within 5 business days of the electronic filing of the corrected opening brief. Appellant's reply brief shall cite to the record on appeal.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk