

# Custody Status Questionnaire

Case Number: _____  Date of Argument: _____  Courtroom/DIV: _____

Case Caption: _____

I am the attorney of record for _____

[name of party represented]

My client presently is:

○        Released on Secured Bond Pending Appeal.

○        Released on Recognizance (or Unsecured Bond) Pending Appeal.

○        Incarcerated in a Federal Prison as a result of:

Choose one: [                                                      ]

○        Incarcerated in some other Federal Correctional Facility as a result of:

Choose one: [                                                      ]

○        Incarcerated in a State Penitentiary as a result of:

Choose one: [                                                      ]

○        Incarcerated in Local Jail as a result of:

Choose one: [                                                      ]

○        On Parole or Other Conditional Release as a result of:

Choose one: [                                                      ]

Other / Explain

[                                                                  ]

Date _____          Signature _____

If you are counsel for the defendant in a direct criminal appeal (including interlocutory appeals, regardless of which party filed the appeal) or a petitioner in a habeas corpus or immigration appeal, or any appeal where the plaintiff, defendant or petitioner is in custody, you <u>must</u> complete the Custody Status Questionnaire.

Please save this document as your case number .pdf and file it in CM/ECF as required by the March 18, 2009 General Order.
For questions, you can contact the calendar team at:
Phone: 303/335-2708
Email: 10th_Circuit_Calteam@ca10.uscourts.gov