**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**September 24, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 19-7049

_____

**ORDER**

_____

Before **HARTZ**, **MATHESON**, and **CARSON**, Circuit Judges.

_____

This matter was argued by counsel and submitted to the court. David Autry argued for the Appellant. Jeffrey Kahan argued for the Appellee.

Entered for the Court

CHRISTOPHER M. WOLPERT
Clerk of the Court