**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 19, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

KENNETH EUGENE BARRETT,

    Defendant - Appellant.

No. 19-7049
(D.C. No. 6:04-CR-00115-JHP-1 &
6:09-CV-00105-RAW)
(E.D. Okla.)

_____

**JUDGMENT**
_____

Before **HARTZ**, **MATHESON**, and **CARSON**, Circuit Judges.
_____

This case originated in the Eastern District of Oklahoma and was argued by

counsel.

The judgment of that court is reversed. The case is remanded to the United States

District Court for the Eastern District of Oklahoma for further proceedings in accordance

with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk